HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

DAVID THEM,

    Plaintiff,

vs.

MKS INSTRUMENTS INC.,

    Defendant.

NO. 3:23-cv-05694-KKE

**ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE AND RELATED DATES**

Based on the Stipulated Motion for Continuance of Trial Date and Other Dates (Dkt. No. 14), the Court finds good cause to amend the trial schedule. The Court adopts the stipulated schedule of the parties except for the dispositive motion and motion challenging expert witness testimony deadline. The Court "requires approximately 120 days between the deadline for filing dispositive motions and the trial date." Dkt. No. at 10 at 3. Accordingly, IT IS HEREBY ORDERED THAT the trial date and other deadlines will be moved as follows:

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Jury Trial | 1/27/25 | 8/4/25 |
| Length of trial | 8 days | |
| Disclosure of expert testimony | 7/1/24 | 2/3/25 |
| All motions related to discovery must be filed by | 7/31/24 | 2/28/25 |
| Discovery must be completed by | 8/30/24 | 3/24/25 |

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE AND
RELATED DATES  - 1

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-6115
Facsimile: (206) 689-2822

| Event | Current Date | Proposed New Date |
|---|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by this date and noted for consideration no later than the fourth Friday thereafter | 9/30/24 | 4/7/25 |
| Settlement conference, if mediation has been requested by the parties, held no later than | 11/29/24 | 5/26/25 |
| All motions *in limine* must be filed by | 12/23/24 | 6/27/25 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial order due, including exhibit list | 1/6/25 | 7/14/25 |
| Trial briefs, proposed *voir dire* questions, and deposition designations due | 1/13/25 | 7/21/25 |
| Pretrial conference scheduled at 10:00 a.m. on | 1/17/25 | 7/25/25 |

DATED this 11th day of June, 2024.

*/s/ Kymberly K. Evanson/*

Kymberly K. Evanson
United States District Judge

Presented by:

Dated: June 11, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: s/ Sarah N. Turner
    Sarah N. Turner, WSBA #37748
    Callie A. Lee, WSBA #58783
    701 Fifth Ave., Suite 2100
    Seattle, WA 98104
    Phone: (206) 695-5115
    Fax: (206) 689-2822
    Email: sturner@grsm.com
    Email: calee@grsm.com

*Attorneys for Defendant*

LAW OFFICE OF REBECCA E. ARY

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE AND
RELATED DATES  - 2

GORDON REES SCULLY
MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-6115
Facsimile: (206) 689-2822

1
2  By: _s/ Rebecca E. Ary_
      Rebecca E. Ary, WSBA #37841
3     3616 Colby Ave. #425
      Everett, WA 98201
4     Phone: (425) 252-4570
      Fax:  Not Available
5     Email: rebecca@arylaw.com

6     *Attorney for Plaintiff*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE AND
RELATED DATES  - 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-6115
Facsimile: (206) 689-2822