HON. KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID THEM,<br><br>         Plaintiff,<br><br>     vs.<br><br>MKS INSTRUMENTS, INC., a Massachusetts corporation,<br><br>         Defendant. | CAUSE NO.  3:23-cv-05694-KKE<br><br>STIPULATED MOTION AND ORDER TO DISMISS WITH PREJUDICE |

## I. STIPULATION

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated and agreed by Plaintiff David Them and by Defendant MKS Instruments, Inc., by and through their undersigned attorneys, that this action shall be dismissed with prejudice and without an award of attorneys' fees or costs to any party.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 13th day of September, 2024.

GORDON REES SCULLY MANSUKHANI, LLP

Stipulated Motion and Order to Dismiss
No. 3:23-cv-05694-KKE
Page 1 of 2

**The Law Office of Rebecca E. Ary**
3616 Colby Ave. #425, Everett, WA 98201
rebecca@arylaw.com
(425) 252-4570

By: s/ *Sarah N. Turner*_____
    Sarah N. Turner, WSBA #37748
    Callie A. Lee, WSBA #58783
    701 Fifth Ave., Suite 2100
    Seattle, WA 98104
    Phone: (206) 695-5115
    Fax: (206) 689-2822
    Email: sturner@grsm.com
    Email: calee@grsm.com

    *Attorneys for Defendant*

DATED this 13th day of September, 2024.

Law Office of Rebecca E. Ary

By: *s/ Rebecca E. Ary*_____
    Rebecca E. Ary, WSBA #37841
    3616 Colby Ave. #425
    Everett, WA 98201
    Phone: (425) 252-4570
    Email: rebecca@arylaw.com

    *Attorney for Plaintiff*

## II. ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 16th day of September 2024.

*[signature: Kymberly K Evanson]*
_____
Kymberly K. Evanson
United States District Judge

Stipulated Motion and Order to Dismiss
No. 3:23-cv-05694-KKE
Page 2 of 2

**The Law Office of Rebecca E. Ary**
3616 Colby Ave. #425, Everett, WA 98201
rebecca@arylaw.com
(425) 252-4570